UNITED STATES DISTRICT COURT
For the
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: Subpoena Issued to Non-Party Microsoft Corporation<br>--------------------------------------------------------------- )<br>APPLE, INC., )<br>Plaintiff, )<br>  )<br>  )<br>v. )<br>  )<br>SAMSUNG ELECTRONICS CO., LTD., )<br>Defendant )<br>_____ ) | Misc. Case No. **MS12 027** MJP<br><br>Related to Civil Action 5:11-cv- 01846 Pending in U.S. District Court for the Northern District of California |

### [PROPOSED] ORDER

AND NOW, this ____ day of March, 2012, upon consideration of the Motion of Non-party Microsoft, Corporation to Quash the Subpoena Served by Samsung on February 27, 2012, for deposition testimony and documents, and any response thereto, it is hereby ORDERED that the Motion is GRANTED. The Subpoena is hereby QUASHED.

BY THE COURT

_____