Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Misc. Case No. 12MC27<br><br>**DECLARATION OF PATRICK SCHMIDT IN SUPPORT OF SAMSUNG'S OPPOSITION TO MICROSOFT'S MOTION TO QUASH THIRD-PARTY SUBPOENA**<br><br>Related to Civil Action 5:11-cv-01846 Pending in United States District Court for the Northern District of California, San Jose Division<br><br>In Re: Subpoena Issued to Third-Party Microsoft Corporation |

SCHMIDT DECL. IN SUPPORT OF SAMSUNG'S
OPPOSITION TO MOT. TO QUASH
Misc. Civil Case No. 12MC27 -1

FROMMER LAWRENCE & HAUG LLP
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
(206) 336-5690

I, Patrick Schmidt, declare:

1. I am a member of the bar of the State of California. I am an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC (collectively "Samsung") in this action. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of the third-party subpoena served by Samsung on Microsoft Corp. on February 27, 2012.

3. Attached hereto as Exhibit B is a true and correct copy of United States Patent 7,933,632 issued to Flynt et al. and assigned to Microsoft Corp.

4. Attached hereto as Exhibit C are true and correct copies of email correspondence between myself and counsel for Microsoft Corp., which were sent for the purpose of meeting and conferring as to the requests contained in the Subpoena at Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Los Angeles, California on March 17, 2012.

By _____
Patrick T. Schmidt

SCHMIDT DECL. IN SUPPORT OF SAMSUNG'S
OPPOSITION TO MOT. TO QUASH
Misc. Civil Case No. 12MC27 -2

FROMMER LAWRENCE & HAUG LLP
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
(206) 336-5690

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | Respectfully submitted, |
| 2 |   |   | FROMMER LAWRENCE & HAUG LLP |
| 3 |   |   |   |
| 4 | Dated: March 19, 2012 | By: | s/ Mark P. Walters |

Mark P. Walters, WSBA No. 30819
Dario A. Machleidt, WSBA No. 41860
1191 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 336-5690
Facsimile: (206) 336-5691
Email: mwalters@flhlaw.com
   dmachleidt@flhlaw.com

Of Counsel:

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Todd Briggs (*pro hac vice* application forthcoming)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Patrick T. Schmidt (*pro hac vice* application forthcoming)
patrickschmidt@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants* SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

SCHMIDT DECL. IN SUPPORT OF SAMSUNG'S
OPPOSITION TO MOT. TO QUASH
Misc. Civil Case No. 12MC27 -3

FROMMER LAWRENCE & HAUG LLP
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
(206) 336-5690

# CERTIFICATE OF SERVICE

I, Mark P. Walters, hereby certify that on March 19, 2012, I caused the foregoing to be served on the following parties by e-mail and/or the Court Electronic Filing System (ECF):

Gary H. Levin
Woodcock Washburn LLP
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, Pennsylvania 19104
levin@woodcock.com

Mark D. Selwyn
Wilmer Cutler Pickering Hale and Dorr, LLP
950 Page Mill Road
Palo Alto, California, 94304
mark.selwyn@willmerhale.com

Brian Larivee, Esq.
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109
brian.larivee@wilmerhale.com

Mia Mazza
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
MMazza@mofo.com

DATED: March 19, 2012

s/ Mark P. Walters
Mark P. Walters, WSBA No. 30819
Dario A. Machleidt, WSBA No. 41860
FROMMER LAWRENCE & HAUG LLP

SCHMIDT DECL. IN SUPPORT OF SAMSUNG'S
OPPOSITION TO MOT. TO QUASH
Misc. Civil Case No. 12MC27 -4

FROMMER LAWRENCE & HAUG LLP
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
(206) 336-5690